IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EDWARD BATTS                                                                                    PLAINTIFF

V.                                            Civil No. 1:12-cv-1070

CAMDEN POLICE DEPARTMENT;
CHIEF O'KEEFE, OFFICER MOORE;
and OFFICER DEMOYNE GRAY                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 3, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant has reviewed Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A and recommends dismissal. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After a *de novo* review of the record, the Court adopts Judge Bryant's report as its own. Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED**. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g). Therefore, the Clerk of the Court is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 5th day of February, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge